(COB Form nopd.jsp #152)(10/11)

# UNITED STATES BANKRUPTCY COURT
District of Colorado

Fred Rollo Hatcher and Hazel Agnes Hatcher
Debtor(s)

Debtor SSN/TaxId Nos.:
xxx–xx–1304

Joint Debtor SSN/Tax Id Nos.:
xxx–xx–0863

Case Number.: 12–14098–MER
Chapter: 7

Debtor(s)
aka(s), if any will be listed on the following page

## NOTICE OF POSSIBLE DIVIDENDS

It appearing to the Trustee that a dividend to creditors is possible;

Creditors are hereby notified that if they desire to participate in a distribution of assets, they must file a claim with the court no later than 1/18/13.

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief, or 1/18/13 .

All claimants who are seeking an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

Proof of Claim Forms should be filed with:
Clerk of the Bankruptcy Court
U.S. Custom House
721 19th Street
Denver, Colorado 80202–2508

A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Website: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office and may be used for filing a claim.

Dated: 10/16/12

s/ Harvey Sender
1660 Lincoln St.
Ste. 2200
Denver, CO 80264

## Aliases Page

**Debtor aka(s):**

aka Fred R. Hatcher, aka Fred Hatcher, aka F. R. Hatcher, ods Abcats, Inc.

**Joint Debtor aka(s):**

aka H. A. Hatcher, aka Hazel A. Hatcher, aka Hazel Hatcher, ods Abcats, Inc.